IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 10-34611 |
| EMPIRE TOWERS CORPORATION | : | Chapter: | 7 |
|     Debtor | : | | |
| _____ | : | | |
| JOSEPH BELLINGER | : | Adversary No. | 12-00719 |
|     Plaintiff | : | Judge: | James F. Schneider |
| | : | | |
| v. | : | | |
| | : | | |
| JOHN F. DIETZ | : | | |
| EMPIRE CORPORATION | : | | |
|     Defendants | : | | |

### RESPONSE OF DEFENDANT JOHN F. DIETZ TO COMPLAINT TO RECOVER FRAUDULENT CONVEYANCES

Defendant, John F. Dietz, by and through its counsel, Barry A. Solodky, Esquire and Nikolaus & Hohenadel, LLP, hereby responds to the Complaint as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

5. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.



10. Admitted.

11. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

12. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

13. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

14. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted.

19. Admitted.

20. Admitted.

21. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

22. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

23. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

24. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

Case 12-00719   Doc 5   Filed 12/07/12   Page 3 of 6

25. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

26. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

27. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

28. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

29. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

30. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

31. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

32. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

33. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

34. Defendant incorporates his responses to paragraphs 1 through 33 as if more fully set forth herein.

35. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

36. Defendant incorporates his responses to paragraphs 1 through 35 as if more fully set forth herein.

37. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

38. Defendant incorporates his responses to paragraphs 1 through 37 as if more fully set forth herein.

39. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

40. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

41. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

42. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

43. Defendant incorporates his responses to paragraphs 1 through 42 as if more fully set forth herein.

44. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

45. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

46. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

47. Defendant incorporates his responses to paragraphs 1 through 46 as if more fully set forth herein.

48. No responsive pleading as the Commercial Law Article speaks for itself.

49. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

50. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

51. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

52. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

53. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

54. Defendant incorporates his responses to paragraphs 1 through 53 as if more fully set forth herein.

55. No responsive pleading as the Commercial Law Article speaks for itself.

56. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

57. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

58. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

59. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

60. Defendant incorporates his responses to paragraphs 1 through 59 as if more fully set forth herein.

61. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

62. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

63. Defendant incorporates his responses to paragraphs 1 through 62 as if more fully set forth herein.

64. Defendant is without information, knowledge or belief as to the truth of the averments and strict proof thereof is demanded at trial.

65. Denied for the reasons set forth in the preceding paragraphs.

WHEREFORE, Defendant John Dietz requests a judgment be entered in favor of Defendant and against the Plaintiff.

Respectfully submitted,

NIKOLAUS & HOHENADEL, LLP

By: _____
Barry A. Solodky, Esquire
Court I.D. No. 19259
Attorneys for Defendant John Dietz
212 North Queen Street
Lancaster, PA 17603
(717) 299-3726