# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

### (Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| EMPIRE TOWERS CORPORATION, | * | Case No. 10-34611 (JFS) |
| Debtor. | * | (Chapter 7) |
| * * * * * * * * | | |
| JOSEPH J. BELLINGER, TRUSTEE, | * | Adv. No. 12-00706 |
| Plaintiff | * | |
| | * | |
| v. | | |
| | * | |
| DAVID CLIFFORD, et al., | | |
| | * | |
| Defendants. | | |
| | * | |
| * * * * * * * * * * * * * | | |

## ANSWER OF DAVID CLIFFORD

David Clifford (the "Defendant"), by his undersigned attorney, hereby Answers the Complaint against him herein and states as follows:

1. Defendant admits the allegations contained in numbered paragraph 1 of the Complaint.

2. Defendant admits the allegations contained in numbered paragraph 2 of the Complaint.

3. Defendant admits the allegations contained in numbered paragraph 3 of the Complaint.

329334/5340.2

4. The allegations contained in paragraph 4 of the Complaint are mainly legal conclusions and arguments of law as to which no response is required, but to the extent they are considered allegations of facts, Defendant denies the allegations of fact contained in paragraph 4 of the Complaint.

5. Defendant lacks sufficient information to admit or deny the allegations of fact contained in paragraph 5 of the Complaint and therefore denies them.

6. Defendant admits the allegations contained in numbered paragraph 6 of the Complaint.

7. Defendant admits the allegations contained in numbered paragraph 7 of the Complaint.

8. Defendant admits the allegations contained in numbered paragraph 8 of the Complaint.

9. Defendant admits the allegations contained in numbered paragraph 9 of the Complaint.

10. Defendant admits the allegations contained in numbered paragraph 10 of the Complaint.

11. Defendant lacks sufficient information to admit or deny the allegations of fact contained in paragraph 11 of the Complaint and therefore denies them.

12. Defendant lacks sufficient information to admit or deny the allegations of fact contained in paragraph 12 of the Complaint and therefore denies them.

13. Defendant lacks sufficient information to admit or deny the allegations of fact contained in paragraph 13 of the Complaint and therefore denies them.

14. Defendant lacks sufficient information to admit or deny the allegations of fact contained in paragraph 14 of the Complaint and therefore denies them.

15. Defendant lacks sufficient information to admit or deny the allegations of fact contained in paragraph 15 of the Complaint and therefore denies them.

16. Defendant lacks sufficient information to admit or deny the allegations of fact contained in paragraph 16 of the Complaint and therefore denies them.

17. Defendant lacks sufficient information to admit or deny the allegations of fact contained in paragraph 17 of the Complaint and therefore denies them.

18. Defendant lacks sufficient information to admit or deny the allegations of fact contained in paragraph 18 of the Complaint and therefore denies them.

19. Defendant lacks sufficient information to admit or deny the allegations of fact contained in paragraph 19 of the Complaint and therefore denies them.

20. The allegations contained in paragraph 20 of the Complaint are mainly legal conclusions and arguments of law as to which no response is required, but to the extent they are considered allegations of facts, Defendant denies the allegations of fact contained in paragraph 20 of the Complaint.

21. Defendant lacks sufficient information to admit or deny the allegations of fact contained in paragraph 21 of the Complaint and therefore denies them.

22. Defendant lacks sufficient information to admit or deny the allegations of fact contained in paragraph 22 of the Complaint and therefore denies them.

23. Defendant lacks sufficient information to admit or deny the allegations of fact contained in paragraph 23 of the Complaint and therefore denies them.

24. Defendant lacks sufficient information to admit or deny the allegations of fact contained in paragraph 24 of the Complaint and therefore denies them.

25. Defendant lacks sufficient information to admit or deny the allegations of fact contained in paragraph 25 of the Complaint and therefore denies them.

26. Defendant lacks sufficient information to admit or deny the allegations of fact contained in paragraph 26 of the Complaint and therefore denies them.

27. Defendant denies the allegations of fact contained in numbered paragraph 27 of the Complaint.

28. Defendant denies the allegations of fact contained in numbered paragraph 28 of the Complaint.

29. Defendant denies the allegations of fact contained in numbered paragraph 29 of the Complaint.

30. Defendant lacks sufficient information to admit or deny the allegations of fact contained in paragraph 30 of the Complaint and therefore denies them.

31. The allegations contained in paragraph 31 of the Complaint are mainly legal conclusions and arguments of law as to which no response is required, but to the extent they are considered allegations of facts, Defendant denies the allegations of fact contained in paragraph 31 of the Complaint.

32. Defendant lacks sufficient information to admit or deny the allegations of fact contained in paragraph 32 of the Complaint and therefore denies them.

33. Defendant lacks sufficient information to admit or deny the allegations of fact contained in paragraph 33 of the Complaint and therefore denies them.

34. Defendant incorporates herein his answers to paragraphs 1 through 33 herein in response to the allegations contained in paragraph 34 of the Complaint.

35. The allegations contained in paragraph 35 of the Complaint are mainly legal conclusions and arguments of law as to which no response is required, but to the extent they are considered allegations of facts, Defendant denies the allegations of fact contained in paragraph 35 of the Complaint.

36. Defendant incorporates herein his answers to paragraphs 1 through 35 herein in response to the allegations contained in paragraph 36 of the Complaint.

37. Defendant denies the allegations of fact contained in numbered paragraph 37 of the Complaint.

38. Defendant incorporates herein his answers to paragraphs 1 through 37 herein in response to the allegations contained in paragraph 38 of the Complaint.

39. Defendant lacks sufficient information to admit or deny the allegations of fact contained in paragraph 39 of the Complaint and therefore denies them.

40. Defendant denies the allegations of fact contained in numbered paragraph 40 of the Complaint.

41. Defendant denies the allegations of fact contained in numbered paragraph 41 of the Complaint.

42. Defendant lacks sufficient information to admit or deny the allegations of fact contained in paragraph 42 of the Complaint and therefore denies them.

43. Defendant incorporates herein his answers to paragraphs 1 through 42 herein in response to the allegations contained in paragraph 43 of the Complaint.

44. Defendant denies the allegations of fact contained in numbered paragraph 44 of the Complaint.

45. Defendant lacks sufficient information to admit or deny the allegations of fact contained in paragraph 45 of the Complaint and therefore denies them.

46. Defendant lacks sufficient information to admit or deny the allegations of fact contained in paragraph 46 of the Complaint and therefore denies them.

47. Defendant incorporates herein his answers to paragraphs 1 through 46 herein in response to the allegations contained in paragraph 47 of the Complaint.

48. The allegations contained in paragraph 48 of the Complaint are mainly legal conclusions and arguments of law as to which no response is required, but to the extent they are considered allegations of facts, Defendant denies the allegations of fact contained in paragraph 48 of the Complaint.

49. Defendant lacks sufficient information to admit or deny the allegations of fact contained in paragraph 49 of the Complaint and therefore denies them.

50. Defendant lacks sufficient information to admit or deny the allegations of fact contained in paragraph 50 of the Complaint and therefore denies them.

51. Defendant lacks sufficient information to admit or deny the allegations of fact contained in paragraph 51 of the Complaint and therefore denies them.

52. The allegations contained in paragraph 52 of the Complaint are mainly legal conclusions and arguments of law as to which no response is required, but to the extent they are considered allegations of facts, Defendant denies the allegations of fact contained in paragraph 52 of the Complaint.

53. The allegations contained in paragraph 53 of the Complaint are mainly legal conclusions and arguments of law as to which no response is required, but to the extent they are considered allegations of facts, Defendant denies the allegations of fact contained in paragraph 53 of the Complaint.

54. Defendant incorporates herein his answers to paragraphs 1 through 53 herein in response to the allegations contained in paragraph 54 of the Complaint.

55. The allegations contained in paragraph 55 of the Complaint are mainly legal conclusions and arguments of law as to which no response is required, but to the extent they are considered allegations of facts, Defendant denies the allegations of fact contained in paragraph 55 of the Complaint.

56. Defendant lacks sufficient information to admit or deny the allegations of fact contained in paragraph 56 of the Complaint and therefore denies them.

57. Defendant lacks sufficient information to admit or deny the allegations of fact contained in paragraph 57 of the Complaint and therefore denies them.

58. The allegations contained in paragraph 58 of the Complaint are mainly legal conclusions and arguments of law as to which no response is required, but to the extent they are considered allegations of facts, Defendant denies the allegations of fact contained in paragraph 58 of the Complaint.

59. The allegations contained in paragraph 59 of the Complaint are mainly legal conclusions and arguments of law as to which no response is required, but to the extent they are considered allegations of facts, Defendant denies the allegations of fact contained in paragraph 59 of the Complaint.

60. Defendant incorporates herein his answers to paragraphs 1 through 59 herein in response to the allegations contained in paragraph 60 of the Complaint.

61. Defendant lacks sufficient information to admit or deny the allegations of fact contained in paragraph 61 of the Complaint and therefore denies them.

62. Defendant lacks sufficient information to admit or deny the allegations of fact contained in paragraph 62 of the Complaint and therefore denies them.

63. Defendant incorporates herein his answers to paragraphs 1 through 62 herein in response to the allegations contained in paragraph 63 of the Complaint.

64. Defendant denies the allegations of fact contained in numbered paragraph 64 of the Complaint.

65. Defendant denies the allegations of fact contained in numbered paragraph 65 of the Complaint.

## FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted against the Defendant David Clifford.

## AFFIRMATIVE DEFENSES

As for Affirmative Defenses to the Complaint, the Defendant alleges and shows to the Court as follows:

### First Affirmative Defense

The Debtor was not insolvent at the time of the alleged transfers.

### Second Affirmative

The Complaint fails to allege that the Debtor acted with the required actual fraudulent intent.

### Third Affirmative Defense

The Defendant provided reasonably equivalent value for all transfers to him by the Debtor and the Debtor received reasonably equivalent value for all transfers made to the Defendant.

### Fourth Affirmative Defense

The Complaint fails to state a claim for avoidance against the Defendant and fails to allege the necessary facts and allegations for such a claim to be maintained.

### Fifth Affirmative Defense

The Complaint fails to allege a lack of good faith on the part of the Defendant and the Defendant acted in good faith and without knowledge of the voidability of any transfers to him.

### Sixth Affirmative Defense

The Defendant is not an insider of the Debtor.

Respectfully submitted at Baltimore, this 4th day of March, 2013.

/s/ *Deborah H. Devan*
Deborah H. Devan, Esquire
Federal Bar No. 01479
Neuberger, Quinn, Gielen,
 Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland  21202-3282
Telephone:  (410) 332-8522
Facsimile:   (410) 332-8505
dhd@nqgrg.com

Attorney for David Clifford, Defendant

329334/5340.2

9